IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Date: 8/24/09 |
| | ) | |
| vs. | ) | Case No. 07-00390-01/02/03-CR-W-GAF |
| | ) | |
| DAVID L. ROBINSON | ) | Day One |
| DANIEL DENHAM, and | ) | |
| LARRY GOODYKE, | ) | |
| | ) | |
| Defendants. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Dean Whipple presiding at Kansas City, Missouri.
======================================================================
Nature of Proceeding: Criminal Jury Trial
Time Commenced: 8:35 a.m.                    Time Terminated: 5:00 p.m.
Plaintiff by:   J. Daniel Stewart, AUSA      Defendant by: Kenton Hall
                Michael Menzel, AUSA                       Alex McCauley
                Brian Casey, AUSA                          David Johnson

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 8:35 a.m. Counsel and parties present. Court holds pretrial conference. Court in recess at 8:55 a.m. Court in session at 9:00 a.m. Counsel and parties present. Court makes a record regarding service of documents. Court in recess at 9:05 a.m. Court in session at 9:20 a.m. Counsel and parties present. Panel of 51 prospective jurors sworn. Court begins voir dire at 9:26 a.m. Court in recess at 10:40 a.m. Court in session at 10:55 a.m. Counsel and parties present. Court continues voir dire at 10:59 a.m. Government and defendants have no additional voir dire questions. Court releases panel for break. Court takes up strikes for cause. Court in recess at 12:01 p.m. Court in session at 12:46 p.m. Counsel and parties present. Court makes a record regarding openings. Panel returns to the courtroom. Jury is seated. Remaining panel is released. Jury is sworn. Court reads opening instructions. Government begins opening statement at 1:09 p.m. Kenton Hall for Defendant Robinson begins opening statement at 1:30 p.m. David Johnson for Defendant Denham begins opening statement at 1:33 p.m. Alex McCauley for Defendant Gooddyke makes opening statement at 1:37 p.m. Government calls SA Robert Benton. Witness sworn. Direct 1:45 p.m. Cross by Kenton Hall at 2:10 p.m. Cross by David Johnson at 2:12 p.m. Cross by Alex McCauley at 2:13 p.m. Redirect 2:18 p.m. Witness excused at 2:20 p.m. Court in recess at 2:20 p.m. Court in session at 2:40 p.m. Counsel and parties present. Jury returns to the courtroom. Government calls Rod Gentry. Witness sworn. Direct 2:42 p.m. Court in recess at 5:00 p.m. | Robert Benton<br>1:45 p.m. - 2:20 p.m.<br>Rod Gentry<br>2:42 p.m. - 5:00 p.m. |

**Time & Date Pltf. Rested**_____**Deft.Rested**_____
Court Reporter: Denna Lamken                    By:  Tracy L. Diefenbach