IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Date: 8/25/09 |
| | ) | |
| vs. | ) | Case No. 07-00390-01/02/03-CR-W-GAF |
| | ) | |
| DAVID L. ROBINSON | ) | Day Two |
| DANIEL DENHAM, and | ) | |
| LARRY GOODYKE, | ) | |
| | ) | |
| Defendants. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Dean Whipple presiding at Kansas City, Missouri.
========================================================================
Nature of Proceeding: Criminal Jury Trial
Time Commenced:   9:05 a.m.                    Time Terminated: 5:30 p.m.
Plaintiff by:   J. Daniel Stewart, AUSA        Defendant by: Kenton Hall
                Michael Menzel, AUSA                         Alex McCauley
                Brian Casey, AUSA                            David Johnson

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:05 a.m. Counsel and defendants present. Jury returns to the courtroom. Government continues direct examination of Rod Gentry at 9:07 a.m. Cross by Kenton Hall at 9:29 a.m. Cross by Harold Johnson at 9:42 a.m. Cross by Alex McCauley at 10:08 a.m. Redirect 10:18 a.m. Witness excused at 10:23 a.m. Court in recess at 10:24 a.m. Court in session at 10:42 a.m. Counsel and defendants present. Government makes a record regarding documents received from the defendants. Jury returns to the courtroom.  Government recalls SA Robert Benton. Direct 10:55 a.m. Jury released for break at 12:12 p.m. Kenton Hall makes a Motion in Limine regarding apostilles.  Court orally grants the motion.  Court in recess at 12:20 p.m.  Court in session at 1:18 p.m.  Counsel and defendants present.  Jury returns to the courtroom.  David Johnson begins cross-examination of Robert Benton at 1:19 p.m.  Cross by Alex McCauley at 1:28 p.m.  Redirect 1:34 p.m.  Witness excused at 1:37 p.m.  Government calls Holly Coffey.  Witness sworn.  Direct 1:38 p.m.  Cross by Kenton Hall at 2:15 p.m.  Cross by David Johnson at 2:20 p.m.  Cross by Alex McCauley at 2:26 p.m.  Redirect 2:39 p.m.  Recross by David Johnson at 2:50 p.m. Witness excused at 3:00 p.m.  Court in recess at 3:00 p.m.  Court in session at 3:19 p.m.  Counsel and defendants present.  Jury returns to the courtroom. Government offers declaration 37-3. Government calls Blake Bestol. Witness sworn. Direct 3:23p.m. Cross by Kenton Hall at 4:04 p.m. Cross by David Johnson at 4:08 p.m. Cross by Alex McCauley at 4:21 p.m. Redirect 4:30 p.m. Witness excused at 4:36 p.m. Government calls Kyle Larson. Witness sworn. Direct 4:37 p.m. Cross by David Johnson at 5:17 p.m. Cross by Alex McCauley at 5:19 p.m. Redirect 5:27 p.m. Witness excused at 5:28 p.m. Count in recess at 5:30 p.m. | Rod Gentry<br>9:07 a.m. - 10:23 a.m.<br>Robert Benton<br>10:55 a.m. - 12:12 p.m.<br>1:19 p.m. - 1:37 p.m.<br>Holly Coffey<br>1:38 p.m. - 3:00 p.m.<br>Blake Bestol<br>3:23 p.m. - 4:36 p.m.<br>Kyle Larson<br>4:37 p.m. - 5:30 p.m. |

**Time & Date Pltf. Rested**_____**Deft.Rested**_____
Court Reporter: Denna Lamken                    By:  Tracy L. Diefenbach