IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Date: 8/26/09 |
| | ) | |
| vs. | ) | Case No. 07-00390-01/02/03-CR-W-GAF |
| | ) | |
| DAVID L. ROBINSON | ) | Day Three |
| DANIEL DENHAM, and | ) | |
| LARRY GOODYKE, | ) | |
| | ) | |
| Defendants. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Dean Whipple presiding at Kansas City, Missouri.
======================================================================
Nature of Proceeding: Criminal Jury Trial
Time Commenced:     9:10 a.m.                    Time Terminated: 5:24 p.m.
Plaintiff by:    J. Daniel Stewart, AUSA          Defendant by: Kenton Hall
                 Michael Menzel, AUSA                           Alex McCauley
                 Brian Casey, AUSA                              David Johnson

| **Remarks:** | **Witness Testifying** |
|---|---|
| Court in session at 9:10 a.m. Counsel and defendants present. Kenton Hall makes a record regarding David L. Robinson's intent to serve documents on the court.. Kenton Hall additionally advises that his client has terminated him as counsel of record. Court receives documents from Defendant Robinson. Court advises the defendant that his request to terminate counsel is denied and the case will proceed Jury returns to the courtroom. Government calls David Szkaradek. Witness sworn. Direct 9:17 a.m. Cross by Alex McCauley at 9:34 a.m. Witness excused at 9:35 a.m. Government calls Jennifer Sieg. Witness sworn. Direct 9:35 a.m. Cross by Kenton Hall at 10:25 a.m. Cross by Alex McCauley at 10:27 a.m. Redirect at 10:34 a.m. Recross by Alex McCauley at 10:37 a.m. Witness excused at 10:37 a.m. Government calls Brian Christin. Witness sworn. Direct 10:38 a.m. Witness excused at 10:51 a.m.   Court in recess at 10:52 a.m. Court in session at 11:15 a.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Lori Ramsey. Witness sworn. Direct 11:16 a.m. Witness excused at 11:26 a.m. Government calls Tim Steeg. Witness sworn. Direct 11:27 a.m. Witness excused at 11:48 a.m. Government calls Keith Hall. Witness sworn. Direct 11:49 p.m.   Cross by Alex McCauley at 12:00 p.m. Redirect 12:02 p.m. Witness excused at 12:03 p.m. Government calls Scott Slifer. Witness sworn. Direct 12:04 p.m. Witness excused at 12:12 p.m. Government calls Dan Friesen. Witness sworn. Direct 12:12 p.m. Witness excused at 12:19 p.m. Court in recess at 12:20 p.m. Court in session at 1:27 p.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Trisha DeWet. Witness sworn. Direct 1:31 p.m. Cross by Kenton Hall at 2:35 p.m. Cross by David Johnson at 2:42 p.m. Cross by Alex McCauley at 2:45 p.m. Redirect at 2:51 p.m. Recross by Kenton Hall at 3:07 p.m. Recross by David Johnson 3:08 p.m. Recross by Alex McCauley at 3:08 p.m. Witness excused at 3:15 p.m. Court in recess at 3:16 p.m. Court in session at 3:35 p.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Craig Byrkitt. Witness sworn. Direct 3:36 p.m. Cross by Kenton Hall at 3:53 p.m. Cross by David Johnson at 3:55 p.m. Cross by Alex McCauley at 3:56 p.m. Redirect 3:57 p.m. Recross by Alex McCauley at 3:57 p.m. Witness excused at 3:58 p.m. Government calls Joseph Conrey. Witness sworn. Direct 3:59 p.m. Cross by Kenton Hall at 4:19 p.m. Cross by David Johnson at 4:24 p.m. Redirect 4:29 p.m. Recross by Kenton Hall at 4:30 p.m. Witness excused at 4:31 p.m. Government calls Ann Davis. Witness sworn. Direct 4:32 p.m. Cross by Kenton Hall at 4:50 p.m. Cross by David Johnson at 4:51 p.m. Redirect 4:57 p.m. Recross by Kenton Hall at 5:01 p.m. Witness excused at 5:01 p.m Government calls John T. McBride. Witness sworn. Direct 5:03 p.m. Cross by David Johnson at 5:15 p.m.  Redirect at 5:22 p.m. Witness excused at 5:24 p.m. | David Szkaradek<br>9:17 a.m. - 9:35 a.m.<br>Jennifer Sieg<br>9:35 a.m. - 10:37 a.m.<br>Brian Christin<br>10:38 a.m. - 10:51 a.m.<br>Lori Ramsey<br>11:16 a.m. - 11:26 a.m.<br>Tim Steeg<br>11:27 a.m. - 11:48 a.m.<br>Keith Hall<br>11:49 p.m. - 12:03 p.m.<br>Scott Slifer<br>12:04 p.m. - 12:12 p.m.<br>Dan Friesen<br>12:12 p.m. - 12:19 p.m.<br>Trisha DeWet<br>1:31 p.m. - 3:15 p.m.<br>Craig Byrkitt<br>3:36 p.m. - 3:58 p.m.<br>Joseph Conrey<br>3:59 p.m. - 4:31 p.m.<br>Ann Davis<br>4:32 p.m. - 5:01 p.m.<br>John T. McBride<br>5:03 p.m. - 5:24 p.m. |

**Time & Date Pltf. Rested**_____**Deft.Rested**_____
Court Reporter: Denna Lamken                    By:  Tracy L. Diefenbach