IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Date: 8/27/09 |
| | ) | |
| vs. | ) | Case No. 07-00390-01/02/03-CR-W-GAF |
| | ) | |
| DAVID L. ROBINSON | ) | Day Four |
| DANIEL DENHAM, and | ) | |
| LARRY GOODYKE, | ) | |
| | ) | |
| Defendants. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Dean Whipple presiding at Kansas City, Missouri.
=====================================================================
Nature of Proceeding: Criminal Jury Trial
Time Commenced:    9:00 a.m.                    Time Terminated: 5:38 p.m.
Plaintiff by:    J. Daniel Stewart, AUSA         Defendant by: Kenton Hall
                 Michael Menzel, AUSA                           Alex McCauley
                 Brian Casey, AUSA                              David Johnson

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 9:00 a.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Jimmy Stucki. Witness sworn. Direct 9:06 a.m. Cross by Kenton Hall at 9:23 a.m. Cross by Alex McCauley at 9:25 a.m. Redirect at 9:30 a.m. Recross by Kenton Hall at 9:31 a.m. Recross by Alex McCauley at 9:32 a.m. Witness excused at 9:33 a.m. Government calls Ron Collins. Witness sworn. Direct 9:34 a.m. Cross by Alex McCauley at 9:50 a.m. Witness excused at 9:51 a.m. Government calls Denaud Egna. Witness sworn. Direct 9:52 a.m. Cross by Kenton Hall at 10:20 a.m. Cross by David Johnson at 10:20 a.m. Cross by Alex McCauley at 10:21 a.m. Redirect 10:28 a.m. Recross by Alex McCauley at 10:30 a.m. Witness excused at 10:30 a.m. Government calls John Young. Witness sworn. Direct 10:32 a.m. Cross by Alex McCauley at 10:48 a.m. Redirect 10:56 a.m. Recross by Alex McCauley at 11:02 a.m. Witness excused at 11:02 a.m. Court in recess at 11:02 a.m. Court in session at 11:30 a.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Kathy Sachs. Witness sworn. Direct 11:30 a.m. Cross by Kenton Hall at 12:11 p.m. Cross by David Johnson at 12:17 p.m. Witness excused at 12:20 p.m. Court in recess at 12:20 p.m. Court in session at 1:31 p.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Jason Childers. Witness sworn. Direct 1:31 p.m. Cross by Kenton Hall at 2:11 p.m. Redirect at 2:21 p.m. Recross by Kenton Hall at 2:24 p.m. Witness excused at 2:25 p.m. Jury briefly instructed (No. 9). Government calls Thomas Miles. Witness sworn. Direct 2:28 p.m. Cross by Kenton Hall at 2:57 p.m. Witness excused at 3:02 p.m. Court in recess at 3:02 p.m. Court in session at 3:21 p.m. Counsel and defendants present. Jury returns to the courtroom. Government calls Robert Ballowe. Witness sworn. Direct 3:23 p.m. Cross by Kenton Hall at 3:39 p.m. Redirect at 3:40 p.m. Witness excused at 3:41 p.m. Court reads instruction 9. Government calls Maggie Smith. Witness sworn. Direct 3:42 p.m. Cross by Kenton Hall at 3:48 p.m. Witness excused at 3:49 p.m. Government calls SA Mark Wagoner. Witness sworn. Direct 3:50 p.m. Witness excused at 4:03 p.m. Government calls Patrick Hatchett. Witness sworn. Direct 4:04 p.m. Witness excused at 4:16 p.m. Government calls Bruce Houston. Witness sworn. Direct 4:17 p.m. Cross by Harold Johnson at 4:23 p.m. Witness excused at 4:26 p.m. Government calls Eugene Springer. Witness sworn. Direct 4:27 p.m. Cross by Alex McCauley at 4:32 p.m. Witness excused at 4:32 p.m. Government recalls SA Robert Benton. Witness sworn. Direct 4:32 p.m. Court in recess at 5:38 p.m. | Jimmy Stucki<br>9:06 a.m. - 9:33 a.m.<br>Ron Collins<br>9:34 a.m. - 9:51 a.m.<br>Denaud Egna<br>9:52 a.m. - 10:30 a.m.<br>John Young<br>10:32 a.m. - 11:02 a.m.<br>Kathy Sachs<br>11:30 a.m. - 12:20 p.m.<br>Jason Childers<br>1:31 p.m. - 2:25 p.m.<br>Thomas Miles<br>2:28 p.m. - 3:02 p.m.<br>Robert Ballowe<br>3:23 p.m. - 3:41 p.m.<br>Maggie Smith<br>3:42 p.m. - 3:49 p.m.<br>Mark Wagoner<br>3:50 p.m. - 4:03 p.m.<br>Patrick Hatchett<br>4:04 p.m. - 4:16 p.m.<br>Bruce Houston<br>4:17 p.m. - 4:26 p.m.<br>Eugene Springer<br>4:27 p.m. - 4:32 p.m.<br>Robert Benton<br>4:32 p.m. - 5:38 p.m. |

**Time & Date Pltf. Rested**_____**Deft.Rested**_____
Court Reporter: Denna Lamken                      By:  Tracy L. Diefenbach