UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| DAVID L. ROBINSON, | ) Case No. 07-00390-01-CR-W-DW |
| | ) |
| Defendant. | ) |

**ORDER MODIFYING CONDITIONS OF RELEASE**

Pursuant to the Order of this Court, the defendant shall not possess or assist others in obtaining an apostille, Act of State, diplomatic identification, or any fraudulent documents; shall not assist anyone in the application process for any type of license, identification, or passport; shall surrender his passport and not obtain or apply for any other passport; shall not travel outside the state of their residence except for travel to and from the WD/MO for court appearances and/or to meet with their attorney; and any computer deemed in their possession is subject to search/inspection by a U.S. Probation/Pretrial Services Officer without notice but at a reasonable time.

/s/ Dean Whipple
───────────────────────────────
Dean Whipple, Senior U.S. District Judge

Dated at Kansas City, Missouri, this 31st day of August , 2009.