# United States District Court
# for the WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION
## Ancillary Jurisdiction

David Leslie Robinson
Suitor/ Plaintiff

      Vs             Case #

United States Marshal
Charles Mauri Sheer,
Defendant

                    Suitor's one supreme Court
                    superior supreme Article III
                    judicial Power of the United States
                    Principal Case # 2009-100
                    David Leslie Robinson, Suitor v.
                    UNITED STATES OF AMERICA

             Inferior court case # 07-00390-01/05-CR-W-SOW

# Appropriate action in nature of Mandamus
## To Compel the adequate Remedy in Law to be completed

David Leslie Robinson comes out of necessity under Suitor's one supreme Court Rule 21(e) to the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION for the purpose of completing an adequate Remedy in Law of an independently created substantive cause of action to compel United States Marshal Charles Mauri Sheer to perform Duties owed to Plaintiff.

The duty owed to Plaintiff by United States Marshall Charles Mauri Sheer is, the execution of the Writ of Execution issued by

1

Mauri Sheer and which was not executed, thereby constructively denying the same. See Exhibit No. 1.

Plaintiff invokes the exception to the F.R.C.P. as provided under Rule 1 as further provided in Rule 81 (b) for this ancillary, complementary proceeding in aid of another Jurisdiction acquired and mandated on other grounds than by ordinary general federal jurisdiction, supported by the existing undisputable evidence attached hereto of the Remedy of a fixed independently conferred mandatory jurisdiction binding the judges in every State thereby, to compel United States Marshal Charles Mauri Sheer to perform ministerial Duties owed to Plaintiff.    Article 6 Section 2; 1787 Constitution of the United States.  Section 27 First Judiciary Act of 1789 and 28 U.S.C. 566(c) See Exhibit No. 2

David Leslie Robinson is both vested absolutely with an endowed, unalienable, inherent, fundamental, lawful and a Constitutionally secured Right to the complete adequate Remedy in Law commanded.  Defendant has a corresponding Duty to execute the Writ of Execution in aid of Suitor's one supreme Court as required by Law.  Suitors have no further appropriate and completed adequate Remedy without the aid of United States Marshal, Charles Mauri Sheer.  Substantive Rights have been, and continue to be affected, and, Article VI Section 2 of the 1787 Constitution of the United States mandates that the judges in every State shall be bound by the existing independently created substantive Remedy, a new Law of the Land of the United States made pursuant to the Constitution in respect to all parties of the Case.  David Leslie Robinson, Suitor v. UNITED STATES OF AMERICA; Article VI Section 2 and 3.

In this Case, David Leslie Robinson, Suitor v. UNITED STATES OF AMERICA, is the principal case which otherwise supplies the final rule of decision and is the controlling foundation subject matter Remedy in Law which defeats by its existence the District Court's unified general discretionary jurisdiction, which

2



the Law requires to be completed without restriction and which is
obtainable as of Right as otherwise required by Law. 28 U.S.C.
1652 and Article VI Section 2 of the Constitution of the United
States.

Charles Mauri Sheer is the commissioned United States
Marshal for the Western District of MISSOURI WESTERN
DIVISION. He is merely a ministerial officer bound by law to
perform his Duties to execute all lawful Writs, Process, and Orders
issued to him under the authority of the United States. See Suitor's
one supreme Court Rule 21(d) and 28 USC 566(c), and Sec.27
First Judiciary Act of 1789.

Charles Mauri Sheer has no discretionary authority over
precepts issued to him. He has no authority over practice of the
Court(s) or over kind of process they issue. In this case he is
obligated to freeholders/Suitors by good and sufficient surety, as
required by Section 27 of the Judiciary Act of 1789, to faithfully
execute, without malice or partiality, **all** precepts issued to him
under the superior supreme judicial Power of the United States.

The Writ of Execution was issued to Charles Mauri Sheer on
28th day of August, 2009, pursuant to Suitor's one supreme Court
Rule 27(a) in compliance with 28 U.S.C. 1651(a) and 28 U.S.C.
2071 in aid of Suitors' one supreme Court's supreme original and
final Jurisdiction to affect public Ministers and Consuls in all
Cases. Article III Section 2 Clause 2. The adequate remedy in law
is final but has not been completed thereby a complete and
adequate remedy has been denied to Suitors. See Exhibits No. 1
and 3.

Jurisdiction is conferred by Suitor's one supreme Court for
this appropriate action in the nature of Mandamus for the adequate
Remedy in Law to be completed under Rule 81(b), 28 U.S.C.
1361, and 1367, in which Suitors' one supreme Court Rules and
Case #2009-100 confers ancillary jurisdiction on the District Court

3



in such Cases that are supported by an independently created final substantive cause of action/Remedy. The District Court being created and empowered by Congress, as one of the inferior courts, would not have jurisdiction to hear or review Case #2009-100, nor discretionary authority to abridge the judgment and procedural consequences established therein. Supreme, original and final Jurisdiction of those matters and the procedural consequences have already been decided by the supreme Article III judicial Power of the United States, provided as a fundamental right and secured by fundamental law and thus all are above the federal court's control and power to alter, abolish or curtail. The procedural consequences independently created by Suitor's one supreme Court, as a new part of the supreme Law of the Land, as required by the Constitution, bind the judge of the inferior District Court to Case #2009-100, David Leslie Robinson, Suitor v. UNITED STATES OF AMERICA.

This Remedy is distinct from ordinary due process and is to be by ancillary due process, which in this Case is agreeable to the usages and principles of law. The process is in the nature of mandamus for the necessary adequate remedy to be completed. The defendant is an executive officer of the United States and owes a duty to Plaintiff as a matter of Right as required by Law. Plaintiff is not only entitled to supplemental due process, but in addition thereto is guaranteed a Remedy which is entirely adequate and complete. See Suitor's one supreme Court Rules and 28 U.S.C. 1651(a).

The District Court Judge or the United States District Court cannot decline this jurisdiction of the present Ancillary Case because Fundamental Law adopted by the United States of America mandates that the Judges in every State shall be bound thereby to the Laws of the United States made pursuant to the Constitution and Article II mandates that the Executive Branch shall commission all officers of the United States and shall take care that the laws be faithfully executed.

4



This ancillary proceeding in chambers or in this District Court is in aid of David Leslie Robinson, Case # 2009-100, which is an appropriate Case in another, but superior, jurisdiction. Ancillary jurisdiction as codified within 28 U.S.C. 1367, not only aids David Leslie Robinson, but also enjoins and regulates the District Court's original discretionary jurisdiction in such ancillary civil actions to the end of Justice.

According to our guaranteed Republican Form of Government, sovereignty abides in the People, and governments are constituted by a delegation of Power in trust to all the people of the United States, for the purpose prescribed in the Preamble to the 1787 Constitution of the United States; to be secured by the United States of America. The Preamble is applied at Article 1, Section 8, Clause 18, (incidental powers, necessary and proper clause) Article II, Section 3, Article III, Section 1 and Section 2, Clause 1, Article IV Section 4, and Article VI, Section 2.

Sovereignty is a thing, which from its nature is not susceptible of division – that the sovereign Power may delegate authority and prescribe limits for its exercise. There is no provision in the Constitution of the United States, or act in its formation and adoption, which amounts to anything like a surrender of sovereignty by the People to Government, nor is there in this more perfect Union a transfer of sovereignty to the whole people of the states, or the United States, collectively.

The design of Our more perfect Union is toward and in favor of Individualism. Citizenship is not by design, but by inferior choice. With the few exceptions of actual crimes mala in se, the Powers of sovereignty remain vested with the Individual at all times in all Cases. Without the necessity of the individuals interpretation governing, the United States would not be truly sovereign.

5



The Powers reserved by the Constitution to the People as Individuals are always resumable as the final Lawful judicial authority both as to law and fact, in respect to that Individual's Rights/Remedies.

The body politic through their representative government, the United States of America, adopted the 1787 Constitution of the United States on March 4, 1789; thereby the federal government assumed their essential Duties prescribed in the Preamble, among them to establish Justice, insure domestic Tranquility and to secure the Blessings of Liberty to every Individual and their Posterity, as the beneficiary of organic fundamental law established within the Constitution with the officers of the government acting in the position of fiduciary Trust, in all Lawful Cases, and the mandatory duty imposed by Article 6 Section 2 and 3 on all judges in respect to this incidental Ancillary Proceeding in aid of, subordinate to, and auxiliary to the principal Case, David Leslie Robinson, Suitor v. UNITED STATES OF AMEREICA.

Any abridgement of any substantive Right in this Ancillary Proceeding would be controlled by Rule 20(b) of Suitor's one supreme Court and 28 U.S.C. 2072 (b ) and all laws in conflict with the independently created substantive cause of action/remedy would have no further force or effect against the Suitor. Suitor's one supreme Court Rule 20(c).

The 1787 Constitution of the United States provides and fixes that "The judicial Power of the United States, shall be vested in **one supreme Court** and in such inferior Courts as the Congress may from time to time ordain and establish"; Article 3 section 1 (emphasis added) "…**this one supreme Court is but another name for the United States.** Bouvier's Law Dictionary and Concise Encyclopedia, Definition; United States of America, Page 3372. (emphasis added).

6



## The Writ of Execution to Marshal Charles Mauri Sheer comes within the terms of all lawful writs and orders issued under the Authority of the United States.

The Supreme Court of the United States, at the seat of Government, is one of those inferior courts ordained and established by Congress.

The **one supreme Court** was created in and is competent by the 1787 Constitution of the United States vested with the superior supreme Article 3 judicial Power of the United States. It is a reserved power granted exclusively to the people. However, the judicial Power's enforcement is mandated to the executive branch. See Federalist Papers, 78 and 79; Article II, Section 3 United States Constitution

The 1787 Constitution of the United States, minus the amendments, pertinent parts of the Laws of the United States government, Suitor's/Plaintiff's one supreme Court's Rules, existing judgment, decision, procedural consequences and writ of execution and the defendants failure to execute all writs issued to him under the authority of the United States provide, as otherwise required, the independent ground for invocation by Suitor's one supreme Court of the District Court's ancillary jurisdiction, providing for the curing of any deficiency in the completion of an adequate complete remedy in law in general ordinary civil action.

In Case # 2009-100, the failure by the United States Marshal to execute the Writ of Execution, which would have completed the adequate Remedy in Law, created a default, and is plain error. Said default/omission supplies the additional claim that is substantially related to this ancillary case within the District Court's supplemental jurisdiction. The superior and additional claim and the original claim form part of the same Case to the ends of Justice under Article III of the 1787 Constitution of the United



States; even though the District Court, without its supplemental jurisdiction, would lack the subject-matter jurisdiction to hear any claims involving David Leslie Robinson, independently.

A complete and adequate Remedy in law is one entirely adequate to the ends of Justice, which sets aside the injurious effects of judgments and acts of all inferior courts in favor of Complainant/Suitor/Plaintiff.

General Federal provisions for an ordinary Petition or Motion for Mandamus under the practice prescribed in the Federal Rules of Civil Procedure do not provide the independent ground for district court jurisdiction, nor a complete and adequate Remedy for Plaintiff in this case.

This is an extraordinary appropriate action in the nature of mandamus to compel an executive officer of the United States to perform fundamental ministerial Duties owed to plaintiff, as an Individual endowed by our Creator with certain unalienable rights among them life, liberty and the pursuit of happiness, and not as citizens, subjects, residents, inhabitants, or a corporate fiction, nor based upon civil rights.

Charles Mauri Sheer has to this date knowingly and willfully failed to perform his duties to execute **all** writs, process and orders issued to him under the authority of the United States, more specifically, the Writ of Execution herein mentioned.

This appropriate action in the nature of mandamus to compel performance of Duties shall not be construed as a complaint submitted as an ordinary civil action within the district court's discretionary and ordinary general federal jurisdiction. For the federal district court to do so would constitute a departure from the constitutionally provided and secured fundamental Remedies and

8



an abridgement of substantive Rights/Constitutionally provided and secured remedies. Article III and Article VI Section 2 and 3; 28 U.S.C. 2072(b), and 28 U.S.C. 1652.

Whenever the Constitution provides and secures a Right, a Remedy, or mandates a Duty, these are precisely as the Constitution has fixed them without exception, and they cannot be altered, abolished or curtailed by any act of Congress and/or State legislature or by executive order.

The private case Law made by Suitor's one supreme Court pursuant to Article 3 of the Constitution is as much a new part of the Supreme Law of the Land, as if the judgment, decision, and procedural consequences were written in the Constitution itself, binding all judges thereby. Suitor's one supreme Court Rule 17(a)(1) and Article VI Section 2.

Wherefore: Plaintiff commands in the nature of Mandamus for the District Court Judge to perform his Constitutional fundamental mandatory duties by issuing an order to United States Marshal Charles Mauri Sheer, to execute, without delay, the Writ of Execution made by Suitor's one supreme Court delivered to Marshal Charles Mauri Sheer on August 9th 2009, by registered mail R.R.R. #RB176536763, forthwith; within the terms of the Writ of Execution pursuant to Article VI Section 2; said execution of the Writ of Execution being mandated by current law at 28 U.S.C. 566(c) in aid of Suitors' one supreme Court, so that the principal adequate remedy in law provided by David Leslie Robinson, Suitor v. UNITED STATES OF AMERICA, shall be completed without delay.

9

Respectfully commanded,

Date: _October 8, 2009_

_David Leslie Robinson_
Judge of my one supreme Court
Judicial Officer of the United States

Attached: Appendix

_David Leslie Robinson_

seal of Our one supreme court original jurisdiction united States of America, dejure
Douglas the county
Kansas the land



# one supreme Court
# David Leslie Robinson's
# Rules

## 1. Rules Govern All Cases: Exceptions

(a)These rules shall govern all Cases in which Suitor (Pleader) is, has been, or may be made a Party and shall be construed to supply the final rule of Decision of all such Cases, with the exception to cases where the Suitor shall be involved in crimes mala in se*.

*Crimes *mala in se* embrace acts immoral or wrong in themselves, such as burglary, arson, larceny, rape, murder, and breach of peace.

(b)Crimes mala prohibita* do not confer jurisdiction to any other local, state, or federal court.

*Crimes *mala prohibita* embrace things prohibited by statute as infringing on another's/others' rights, though no moral turpitude may attach and constituting crimes only because they are so prohibited by the force of a legislative enacted statute.

(c)All persons bringing any action against the Suitor contrary to these Rules and the decision of this one supreme Court shall be accountable to Suitor's one supreme Court.

Notes: *After March 9, 1933, the federal government, along with local and state governments, have formed a new deal statutory emergency partnership under uniform laws of national application of admiralty jurisdiction, further seizing private rights through a mixed war by considering "all persons within the United States or any place subject to the jurisdiction thereof" to be the enemy of the United States as Congressionally declared in the 48 Statutes at Large, page 1.

*There is little, or no, difference between a state of emergency and a state of war.

*In 1966, unification of the federal jurisdiction was completed. The advisory committee notes on this amendment of the Federal Rules of Civil Procedure, hereafter F.R.C.P., specifically states: "This is the **fundamental change** necessary to effect unification of the civil and admiralty procedure. Just as the 1938 Rules abolished the distinction between actions at law and suits in equity, this change would abolish the distinction between civil actions and suits in admiralty. "The advisory committee also stated that "certain distinctive features of the admiralty practice must be preserved for what are now suits in admiralty. This raises the question: After unification, when a single form of action is established, how will the counterpart of the present suit in admiralty be identifiable? In part, the question is easily answered. Some claims for relief can only be suits in admiralty, either because the admiralty jurisdiction is exclusive or because **no nonmaritime ground of federal jurisdiction exists**."

*On the representative side of the division of a Republican Form of Government, claims for relief are exclusive to the federal courts; while on the private side of a guaranteed Republican Form of government, all claims for final relief are saved to Suitor, as otherwise provided by the Constitution and

1



Laws of the United States. Article III, Section 1 and Section 2, Clause 2; and 28 U.S.C. 1651 and 2071 recognizes both the supreme and the inferior divisions of the judicial Power of the United States.

*Under the emergency statutory new deal partnership, local, state, and federal governments are merely separate departments of one large political body and thus one admiralty court system operating under uniform laws.

*The advisory committee further states, "Thus at present, **the pleader has power to determine procedural consequences by the way in which he exercises the classic privilege given by the saving-to-suitors clause** (28 USC 1333) or by equivalent statutory provisions." 28 USC 2071-2077; Article 3, Section 1, and Section 2, Clause 2 of the 1787 Constitution of the United States

*The saving-to-suitor clause reserves to suitor in all Cases, all other remedies to which he is otherwise entitled, thus extending to all means other than by civil actions (which are actually suits in admiralty) in the federal courts in which Suitor is otherwise entitled. See Article 3, Section 2, Clause 2 of the 1787 Constitution of the United States which outlines the supreme jurisdictions of Suitor's one supreme Court having the supreme and final jurisdiction of the judicial Power of the United States in all Cases.

* In the United States, it is not the Constitution of the United States, nor the laws of the United States, nor the treaties made or which shall be made, nor the laws or Constitution of any State, nor facts, nor presumption of facts that determines the final Character, Standing and Rights of the Individual; but rather the manner or the way in which the individual exercises his fundamental (substantive) Rights, a Republican Form of Government, which in turn provides the final applicable Law and determines the Individual's final Character, Standing, private Rights, and private Property.

*On the one hand, the law and facts are harmless error, that do not abridge substantive rights; on the other hand, the Suitor acquires additional and superior private Rights by bringing forth His one supreme Court.

*Under the uniform emergency public policy of the New Deal, state law is modeled after federal (maritime) law and as substantially unchanged to this day, Section 34 of the 1789 Judiciary Act provides "the laws of the several states, **except where the Constitution or treaties of the United States or Acts of Congress otherwise require or provide,** shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply." Codified at 28 USC 1652

*Cases in the federal courts are only binding precedent under the doctrines of the law of the case, res judicata, and collateral estoppel in which the federal courts operate; however, those courts being created and controlled by Acts of Congress are inferior to Suitor's one supreme Court created in the 1787 Constitution of the United States by the People of the United States exclusive to themselves in their individual sovereign capacity. Such federal cases do not and cannot supply the final rule of decision in Cases where Suitor is, has been, or may be made a Party.

2



**2. Source and Supremacy**

(a) Suitor's one supreme Court is directly established by the 1787 Constitution of the United States with the supreme judicial Power of the United States granted exclusive to suitor, the People of the United States and our Posterity, and therefore fixed beyond the lawful power of Local, State and/or Federal government(s) to alter, abolish or question.

(b) The findings, decisions, and other precepts embraced in all Cases are as much a part of the Law as though embraced in the Law or Constitution and the findings, decisions, and other precepts bind public functionaries, whether of the states or the United States, as well as private persons.

*The Constitution and all Laws made in pursuance of the Constitution, that is, all Laws made within the People's granted Powers, and all Treaties are the supreme Law of the Land. Article 6, Section 2; and the judicial Power Article 3, Sections 1 and 2 **gives to the one supreme Court the Right of interpreting the Constitution and all Laws of the United States, and Treaties made in pursuance of the Constitution, in all Cases**.

**3. All Precepts issued under Authority of United States: Freehold Office**

(a) All precepts shall be issued under the authority of the United States because Suitor's one supreme Court is and shall be another name for the United States necessarily resulting from the People of the United States being the principal of all sovereignty in our guaranteed Republican Form of Government and the adoption of the 1787 Constitution of the United States by the Federal government, the United States of America, on March 4, 1789.

(b) Suitor shall hold his freehold office under the supreme Article III judicial authority of the United States during good behaviour.

(c) Suitor shall lose his freehold office for crimes mala in se only; but shall never lose his freehold office for criminal offences (crimes mala prohibita) that are crimes only by force of a statute.

**4. Suitor's one supreme Court of extensive and competent, and final Jurisdiction; Court of Record; not reviewable**

(a) Suitor's one supreme Court is a superior Court of Record of extensive Jurisdiction, competent by its Constitution to decide on its own Jurisdiction and to exercise its supreme Jurisdiction(s) to final Judgment in all Cases, without setting forth in its proceedings the facts and evidence on which its decision and/or Judgments are rendered, whose record is absolute verity and from below there can be no judicial inspection.

3



## 5. Availability of Record

(a) The entire record shall be made available upon proper and lawful written request directed to Suitor's one supreme Court, c/o 1901 E. 950 Road, Lawrence, Kansas 66049. Copies: Half Silver Dollar per page

## 6. Sufficiency of Record

(a) A certified copy of docketing statement shall be sufficient to establish proof of record. The record shall be certified under seal if a seal exists, or by simple written and signed statement to that effect.

## 7. Scope and Purpose

(a) The scope of Suitor's one supreme Court shall extend to every liberty arising under the American system of Constitutional government; embracing not only freedom from physical restraint, but also the Right of man to be free in the enjoyment of all which he is endowed by the Creator, subject only to such restraints as are absolutely necessary for the common welfare of all the people of the United States.

(b) These Rules shall be construed to provide a just determination of every Case in order to establish Justice, insure domestic Tranquility, provide for the common Defense, promote the general Welfare, and secure the Blessings of Liberty to Suitor, the People of the United States and Our Posterity, under the authority of the United States of America. Section 27 of the First Judiciary Act of 1789; Article II, Sections 2 and 3

*Purpose of the 1787 Constitution of the United States is outlined in its Preamble; its principal purpose is to all the People of the United States, which include all Citizens and all bystanders who are not of any body politic, and all Freeholders.

## 8. Extent of Power

(a) All actions are Cases and become final and absolute as conditions precedent between the party(s) to the Case, but the Case does not affect other parties' Rights which are independent of the Case.

(b) These Rules shall govern all Cases, between the Suitor and other Party(s), coming within the Jurisdiction of Suitor's one supreme Court as prescribed and provided in Article 3 Section 2 Clause 2 of the United States Constitution; and the savings-to-Suitor's clause. 28 U.S.C. 1333

(c) When Suitor's Court takes into his Jurisdiction, a specific matter, that matter is as much withdrawn from the judicial power of all other courts, as if it had been carried physically into a different territorial sovereignty, establishing supreme Laws of the United States, made pursuant to the Constitution for Suitor's exclusive benefit and use.

4

## 9. Scope of Judicial Power

(a) The judicial Power of [t]his one supreme Court shall extend in Law to all Cases arising under the Constitution, the laws of the United States, and treaties made, or which shall be made, under their Authority; - to all Cases affecting Ambassadors, other public Ministers and Consuls; - to all cases of admiralty and maritime Jurisdiction, and to all cases in which a State shall be a party. Article 3, Section 2, Clause 1 and pertinent part of Clause 2.

## 10. Jurisdiction and Procedure:

(a) In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party, Suitor's one supreme Court shall have original and exclusive Jurisdiction.

(1) Original and exclusive Jurisdiction may be exercised at any stage of any proceeding(s) by giving Notice of Removal to the inferior court, or by commencing an original Case in the Suitor's one supreme Court.

(2) Original and exclusive Jurisdiction may be combined with this Court's appellate Jurisdiction in any Case.

(3) Summons and other necessary process shall be served to bring about the necessary notice and grace as prescribed by these Rules.

(4) Service of Process may be accomplished by any Lawful means necessary including, but not limited to service by United States Certified Mail, Registered Mail, Personal Service, Private Delivery Service, Publication, or by United States Marshal.

(5) A respondent's failure to respond constitutes grounds for Suitor's one supreme Court to proceed ex parte to final Judgment.

(6) Upon receipt of a Notice of Removal from Suitor's one supreme Court, all inferior courts shall proceed no further.

*Even though there is no exclusive clause in Article III, Suitor may declare exclusiveness, [meaning to exclude all other inferior courts] the same as Congress did in the First Judiciary Act of 1789, Section 9.

(b) In all the other Cases before mentioned in Rule 9, Suitor's one supreme Court shall have supreme appellate Jurisdiction, both as to Law and Fact, with such exceptions being some of those regulations that Congress has made.

(1) Unless otherwise provided for by these Rules, Suitor's one supreme Court's appellate Jurisdiction may be exercised originally in any Case where the federal courts have brought about a fundamental change through unification of law, equity, and admiralty, into one form of action known as civil actions.

5

*Civil Actions are admiralty civil rights actions and constitute a departure from the Constitutional accorded fundamental Rights/Remedies. See Ballentine's 3rd, Civil Rights Amendments

*Suitor's one supreme Court's appellate jurisdiction is of both Law and Fact; thereby a de nova trial Court of final jurisdiction in all Cases.

(2) Such appellate Jurisdiction may be exercised at any stage of any proceeding by commencing an original Case or by giving a Notice of Appeal based upon any controlling question of Law or Fact.

(3) Such appellate Jurisdiction may be combined with this Court's original Jurisdiction in any Case.

(4)Notice of Appeal, or Notice of Commencement of Case, shall be given to all Parties, and all Parties shall be required to file an Entry of Appearance or file a written response to Suitor's one supreme Court.

(5) Failure to file a written response or to file an Entry of Appearance constitutes grounds for Suitor's one supreme Court to proceed ex parte to final Judgment.

(6) Upon receipt of a Notice of Appeal from Suitor's one supreme Court, all inferior Courts shall proceed no further.

## 11. Supervisory Jurisdiction

(a) Suitor's one supreme Court shall have supervisory final Jurisdiction over all inferior local, state, and/or federal courts in the nature of superintending control within its appellate and original Jurisdictions.

## 12. Supplemental Jurisdiction

(a) Suitor's one supreme Court shall have supplemental Jurisdiction in all Cases, over all other claims and parties within this Court's original Jurisdiction that they have formed part of, or have become part of the same Case in order that all of Article III may be completed.

## 13. Venue

(a) The Venue of Suitor's one supreme Court shall be the place where the Suitor sojourns, with or without his retinue, (His assistants), in no place certain, wherever Suitor may be.

## 14. Rule-making Power – Consistent with 28 USC 2071

(a) Suitor's one supreme Court may from time to time prescribe Rules for the conduct of Suitor's business. Such Rules shall take effect on the date specified by Suitor and shall have such affect on all pending proceedings and Cases as the Suitor may Order.

6

(b) If Suitor's one supreme Court determines that there is an immediate need for a Rule, Suitor may prescribe such Rule and such Rules shall have immediate effect.

(c) Rules may be prescribed on a Case by Case basis and shall take precedence over these written Rules.

*Title 28 USC 2071(b) states that Suitor's one supreme Court is not required to give public notice and an opportunity for comment of its Rule: Subsection 2 states that Suitor's one supreme Court Rules may not be modified or abrogated by any judicial conference and is not required to appoint an advisory committee for the study of the Rules of Practice and internal operating procedures of Suitor's one supreme Court. See 28 USC 2077(b)

## 15. Power to Prescribe – Consistent with 28 USC 2072(b)

(a) Any substantive Right to prescribe these Rules and enjoy Suitor's one supreme Court's Decisions and Judgments shall not be abridged.

(b) These Rules shall not enlarge or modify any substantive Right of any opposing Party, who remain at all times with the burden of establishing proof that their substantive rights have been affected.

(c) All laws in conflict with these Rules shall be of no further force or effect after such Rules have taken effect.

## 16. Practice and Procedure

(a) All final Judgments from this Court are conditions precedent only between the Suitor and the other party(s) to the Case.

(b) All conditions precedent, judgments, orders, and other precepts shall be taken, if necessary, to the jurisdiction and authority of the United States Marshals for execution.

(c) The time and the place to respond shall be determined on a Case by Case basis from the pleadings.

(d) All appointment and assignment Powers, Powers to define, interpret, and Powers to determine procedural consequences, and the Rights and standing of the parties shall not be abridged.

(e) Justice shall not be for sale, denial, or delay.

(f) Any cost or compensation shall be first taxed to the losing party.

(g) Silence, with knowledge, is acquiescence and permits all proceedings to be carried into effect by these rules.

7

(h) Exception to these Rules may be had where another Suitor's private Individual substantive Rights are abridged.

(i) All causes in favor of the Suitor survive to enforcement by these Rules.

(j) Except as otherwise provided by these Rules, no period of limitation shall apply.

(k) Silence shall constitute grounds for Suitor to stipulate any and all answers and thereafter to proceed to ex parte to final Judgment.

(l) Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal.

(m) The use of the masculine term herein can also mean and include the feminine.

(n) The prohibitions in the Constitution of the United States imposed against the United States of America in Article I, Section 9, and against the States in Article I, Section 10, are absolute ab initio in all Cases; whether in the inferior courts or in Suitor's one supreme Court.

(o) All administrative hearings in local, state, or federal courts shall be construed as a bill of attainder and shall not be binding precedent against the Suitor.

(p) State and federal case law shall not be binding precedent against the Suitor unless such inferior case law is determined to be in favor of or to the benefit of Suitor. Such inferior case law may be cited by the Suitor for its persuasive value.

(q) All governmental and non-governmental agents shall at all times be responsible for proving by sufficient record their lawful delegation of authority to perform any act.

*Even though an agent may be performing his or her legal duty, they may not be acting within their lawful scope of authority.

(r) Appropriation, [to make for His own exclusive use] of any claim or property divests that claim and property with a public interest and vests the Suitor with an absolute interest in that claim or property to the exclusion of all others for Suitor's exclusive use.

(s) Exclusive legislative jurisdiction of federal government is territorially limited, not to exceed ten miles square, and the interpretation of applicability for or against Suitor of all federal laws and treaties shall be saved in all Cases to Suitor's one supreme Court. Article I, Section 8, Clause 17

(t) Suitor may cite and use the language of any Amendment to the Constitution, but such language or cite shall never be construed as any grant of Right from government.

*Suitor's Rights emanate from the Almighty Creator God and come within all terms of Life, Liberty, and the Pursuit of Happiness.

8

(u) In the geographical fifty United States, no law denying or restricting the appropriation of any claim to property in Rights or rights to Property shall be valid outside the geographical boundaries of the District of Columbia, its territories, and lawful possessions.

(v) The burden of establishing proof by evidence of the scope and delineation of the term person shall always remain in all Cases upon the one, or the agency, using the term person to come against Suitor. Such proof shall be an essential requirement in establishing that Suitor is one who is subject to the jurisdiction of the United States and the Fourteenth Amendment to the Constitution of the United States.

(w) The burden of establishing by proof of record, delegation of authority from Suitor is an essential in all Cases and remains upon the Individual acting against Suitor.

*The governments in the United States (includes Federal and State) are of delegated Powers and if a Power is not delegated, then it does not exist to that department of government.

(x) The burden of establishing consent from Suitor is an essential requirement and remains upon the Individual acting against Suitor.

(y) In all Cases, No Thing in any governmental design shall be considered or construed to be an adhesion contract against the Suitor.

(z) Suitor shall never be considered nor construed as anti government.

*In the United States, all men are created equal. They are endowed by their Creator with certain unalienable Rights. Among these are Life, Liberty, and the pursuit of Happiness. **To secure those Rights, governments are instituted among men, deriving their just Powers by the consent of the governed,** but no further.

(aa) Judicial Notice may be taken at any time, of any fact that cannot be reasonably questioned. The respondent has the burden at all times of establishing unlawful reason in all Cases.

*In the United States, governments are instituted among men, deriving their just Powers only by the consent of the governed.

(bb) Any rule, law, treaty, or executive order may be adopted in whole, or in part, by Suitor. Such adoption saves to suitor in all Cases final interpretation and applicability of such adoption.

*The perpetuity (meaning forever) of the 1783 Treaty of Paris and Article VI, Section 1 of the United States Constitution is found invalid as being against the consent of Suitor and both are subject to the final interpretation and jurisdiction of Suitor's one supreme Court; however, the 15th Statute at Large, page 223 (Expatriation Statute) is adopted because Suitor has never consented to be a United States citizen, subject, nor a person.

9

(cc) Suitor's one supreme Court shall have exclusive jurisdiction of all Cases commenced ex parte.

## 17. Law of the Case

(a) The Law of the Case shall be decided on a Case by Case basis.

(1) All points embraced in the Case shall become a part of the supreme Law of the Land in respect to the Suitor as if the decision had already been written into the Constitution, Itself.

*The government of the United States and all sovereignty emanates from the People and therefore, sovereignty itself is, of course, not subject to man's law for only Our Creator God can make a Law and sovereignty has a direct commission to minister the Law from the Author and Source of Law, Himself.

## 18. Applicability of State Law

(a) State Law shall not supply the final Rule of Decision in any Case against the Suitor or in Suitor's Court, where the Constitution of the United States, acts of Congress, and all Treaties made otherwise provide and require the means for a final Rule of Decision to Suitor's one supreme Court.

(1) In all Cases where a State shall be a Party, Suitor's one supreme Court shall have original and exclusive Jurisdiction and shall supply the final Rule of Decision of all Cases.

(b) Any Thing in the Constitution or the laws of any State to the contrary is notwithstanding; the States are specifically limited to the delegated powers granted to them by the Suitor.

(c) The judges in every State shall be bound by Suitor's one supreme Court's final Rule of Decision in all Cases.

*State Law applies only to persons, places, or things within the applicable internal affairs of a State.

## 19. Applicability of Federal Law and Treaties of the United States

(a) All Federal Laws and Treaties of the United States that affect any substantive Right, otherwise provided for by the Constitution, Laws, and Treaties of the United States shall have no force or effect against the Suitor beyond the limits imposed by the Suitor's one supreme Court and shall not supply the final Rule of Decision in any Case.

(b) The applicability of the interpretation of the Constitution of the United States, Acts of Congress, and Treaties made before the adoption of the Constitution and all Treaties made after the adoption, and all Executive Orders shall remain subject to Suitor's one supreme Court's final interpretation at all times and in all Cases.

10

*Federal Law and Treaties have no standing beyond the applicable limits imposed by the Constitution and Acts of Congress and apply only to persons, places, and things within the political purposes of such Federal Law or Treaty.

## 20. Immunity of Suitor

(a) Except as otherwise provided by these Rules, all persons and courts, having their source of authority contrary to the Constitution of the United States and Suitor's one supreme Court's Decisions, shall not have Jurisdiction to come against the Suitor at any time, in any Case.

(b) The Federal Rules of Civil Procedure (F.R.C.P.) shall not abridge any substantive Right of Suitor.

(c) All laws in conflict with Rule 20(b) and the first sentence of 28 USC 2072(b) shall have no further force or effect.

(d) The Judicial power of the United States shall not be construed to extend to any suit in law, equity, or admiralty, commenced or prosecuted against the Suitor, (one of the United States), by citizens or subjects of any foreign State.

(d) Suitor shall be immune from the emergency Judicial power of the United States, in all local, state, and/or federal cases in which Suitor is, or has been made a party to such case; or has been directly and adversely affected in any manner by such case.

*The Fourteenth Amendment, The New Deal and Unification constructed law, equity, and admiralty into emergency uniform laws of national application, extending the judicial power of the United States Government into all local, state, and federal cases, which are commenced and prosecuted by United States citizens, subjects of an independent political society of the United States of America, an foreign/alien citizenship distinct from that of the States.

## 21. Governmental duties

(a) The substantive Right to directly exercise and enjoy a guaranteed Republican form of government shall not be abridged by any agent of government, or by any government.

(b) The judges in every State shall be bound by Suitor's one supreme Court's Decision.

(c) Anything in a State Constitution or Laws of any State contrary to Suitor's one supreme Court's Decision shall have no standing against Suitor.

(d) All Writs, Processes, and Orders issued to a United States Marshal by Suitor's one supreme Court shall be faithfully, without malice and partiality, executed and he shall command all necessary assistance to execute his duties, as required by the Laws of the United States pursuant to Section 27 of the 1789 First Judiciary Act and consistent with 28 USC 566(c), which states "Except as otherwise

11

provided by law or Rule of Procedure, the United States Marshal Service shall execute all lawful writs, process, and orders issued under the authority of the United States, and shall command all necessary assistance to execute its duties."

\*\*\*Bouvier's Law Dictionary and Concise Encyclopedia Third Volume at page 3372 states in regard to the question of '**Who were/are *We*, the people** who drafted and adopted the 1787 Constitution of the United States': "**The people in their capacity as sovereign made and adopted it**: and it binds the state governments without their consent. The United States as a whole, therefore, emanates from the people and not from the states, and the Constitution and laws of the states, whether made before or since the adoption of that of the United States, are subordinate to it and the laws made in pursuance of it."

\*\*\*This one supreme Court was created by *We*, the People of the United States, within Article III of the Judicial Branch of Our system of self-government. See Bouvier's Law Dictionary and Concise Encyclopedia Third Volume at page 3372

\*\*\*Bouvier's Law Dictionary and Concise Encyclopedia Third Volume at page 3372 states in regard to our one supreme Court: "**But this court is but another name for the United States ...**"

(e)The district courts of the United States shall have original jurisdiction of any action in the nature of mandamus to compel an officer or an employee of the United States, or any agency thereof, to perform a duty owed to the plaintiff. Rule 81(b) of the F.R.C.P. shall supply the exception to the district court rules in aid of Suitor's/Plaintiff's appropriate action; saving appeal. Article IV, Section 4 1787 Constitution of the United States.

### 22. Juries and Other Personnel

(a) No trial by an inferior court or by jury shall be valid. The Suitor may call and qualify juries to assist Suitor's one supreme Court and the finding of facts and determination of truth of matters as recognizers\*, grand or other juries.

\*(jury of assize-see assize, attainder, and diversity in Black's Law 6th Ed)

(b) Suitor may also appoint clerks and other necessary personnel to assist Suitor's one supreme Court.

### 23. Characterization of Suitor

(a) The Suitor shall be considered at all times and for all purposes in all pending proceedings to be a private Individual in his original sovereign capacity, one of the People of the United States, and not a member of any political society of any particular State, the United States, nor of the World, bringing a private Case in Law stating an Article III "in Law" claim as a *neutral* for all purposes of war and emergency.

12

## 24. Characterization of Respondents

(a) Band under these Rules, the respondents, unless or until proven otherwise, shall be considered at all times and for all purposes and for all pending proceedings to be resident persons, stating an admiralty claim who are member s or remain part of an independent political society of the United States of America and of the World, and they remain subject to the final Jurisdiction of the judicial Power of the United States and the United States Government.

## 25. Pleading and Proving of Claims

(a) All claims made by the Suitor shall be conclusive (final). All other claims shall be specifically pled and proven, but nothing shall be so construed as to prejudice any claim of the United States or of any particular State.

(b) All respondents, as residents, citizens, subjects, persons, principals, agents, custodians, trustees, guardians, ambassadors**, public ministers***, consuls****, and all other parties claiming a right, a duty, or an authority from or under the United States of America or any particular State shall fail to state a claim upon which relief may be granted unless his or her government of the United States of America, or such particular State, shall have first proven its claims to be superior to Suitor's claims.

**Ambassadors include foreign representatives, whether for the United States of America or for a foreign state.

***Public Ministers include all public representatives and residents operating for or under the authority of the United States of America.

****Consuls include all public advisors whether for the United States of America or for a foreign state.

*We are, so far as our Constitution makes us, one nation, and no further. In the United States, an Individual is either of a class being governed as an inhabitant, or merely an Individual self governing as a freeholder.

## 26. Capacity

(a) The Suitor need not aver capacity to sue, as it is sufficient to bring the cause, whether acting merely as an Individual, or in a representative capacity of a trust under a contract, as a guardian, or etc.

(b) A private Individual, or Suitor, may be appointed to serve in more than one capacity in Suitor's one supreme Court.

(c) All respondents must specifically plead his or her capacity to enter the Suitor's forum, but shall at all times be entitled to their due process as notice and grace.

13

## 27. Writs Consistent With 28 USC 1651(a)

(a) Suitor's one supreme Court may issue all Writs necessary or appropriate in aid of the Court's Jurisdictions.

(b)Any appointed Clerk or Suitor of Suitor's one supreme Court may issue any Writ in aid of the Court's Jurisdictions.

## 28. Attachment of Jurisdiction

(a) Jurisdiction attaches against any respondents upon delivery of process which may be made by personal delivery, commercial delivery, United States Mail Return Receipt Requested, by publication, process server, or Execution of Process by United States Marshal. Any such delivery of process constitutes attachment of Jurisdiction and is knowledge of the same.

(b) All other processes thereafter may be by personal delivery, or by mail with proof of mailing. A United States Postal Certificate of Mailing, an affidavit of mailing, or testimony shall be proper and sufficient.

(c) No response at any time from any respondent is required for Jurisdiction to attach; therefore only proof of service is necessary for process to attach Jurisdiction.

## 29. Period of Limitation of Process

(a) After delivery of Suitor's cause to the Respondents, the period for limitation of process shall not be less than ten days, nor not greater than thirty days for any party unless otherwise provided for herein.

## 30. Substitution of Parties for Service

(a) If the suitor finds that service cannot be made upon a respondent, then service may be made upon the respondent's principal, agent, spouse, at their place of business or residence, or by publication. Service attaches only against the respondent by such service.

(b) Where service of process is desired upon any non-governmental organization recognized by the States, the United States, or any political entity of the World, service is proper and perfected by serving any agent, officer, or employee thereof.

## 31. Evidence

(a) The rules of evidence shall be construed on a Case by Case basis to secure justice and to determine the whole truth in every Case.

14

(b) Suitor may plead Fraud and Mistake generally, while Respondents are required to plead Fraud and Mistake with specificity and particularity. Suitor's plea shall be conclusive until contrary proof is established.

(c) Intent, conditions of mind and knowledge may be generally pled.

(d) In pleading, or issuing a document, or performing an official act, it is sufficient to aver that the document was issued, or the act was done in compliance with the Law or these Rules.

(e) Presumptions by the Suitor are conclusive and place upon the respondent(s) the burden of establishing in the record of all pending proceedings, the contrary evidence of the presumed Fact or Law.

(f) Evidence and testimony may be taken and entered into the Record of the Court by affidavit, and shall be conclusive proof of the fact(s) or evidence therein stated, in the same manner as if the testimony or evidence was entered into the Court Record in person under oath.

(g) A certified copy of the Docketing Statement under Seal of Suitor's one supreme Court or by written and signed statement shall constitute all necessary information in respect to the Record of said Court.

(h) Judicial Notice may be taken at the discretion of Suitor at any time, of any fact, that is not subject to reasonable dispute.

## 32. Notice of Judgment – Attack on Judgment

(a) Respondents shall be entitled to Notice of Judgment entered by Suitor's one supreme Court.

(b) Direct attacks upon a judgment or procedural consequence shall be allowed based upon new evidence, mistake, inadvertence, excusable neglect, fraud, misrepresentation and other forms of misconduct.

## 33. Reservation of Rules

(a) If any Rule is found to abridge, enlarge, or modify any substantive Right, then the Suitor reserves all authority to correct, modify, or make another Rule so as not to abridge, enlarge, or modify any substantive Right.

## 34. Reservation of Judgment

(a) All Judgments are reserved to Suitor and His one supreme Court in all Cases except as otherwise provided by Law or these Rules.

*The point embraced in the Case is as much a part of the Law as though embraced in the letter of the Law or the Constitution, and it binds public Functionaries whether of the States or United States, as well as private persons.

15

## 35. Denomination of Judgments and Payments

(a) Judgments may be in assets or for a sum certain of money.

(b) Payment of the judgment may be negotiated and paid in any type of consideration the judgment holder deems expedient and lawful.

(c) Should the judgment holder elect to be paid in credit, either of the United States of America or of a world recognized currency, or any public entity, no presumption nor conclusion shall ever be made by any government, person or Individual that the particular type of discharge of the obligation amounts to crossing the private/public jurisdictional line of any government.

## 36. Entitlement to Rules

(a) All party(s) to a Case shall be entitled to a copy of these Rules upon request.

(b) Public Notice of Suitor's one supreme Court Rules is not required.

## 37. Harmless Error Consistent with Rule 61 F.R.C.P.

(a) No error in either the admission or the exclusion of evidence and no error or defect in any ruling or order or in anything done or omitted by the one supreme Court or by any of the parties is ground for granting a new trial or for setting aside a verdict or for vacating, modifying, or otherwise disturbing a judgment or order, unless refusal to take such action appears to the one supreme Court inconsistent with substantial justice. The one supreme Court at every stage of the proceeding must disregard any error or defect in the proceeding which does not affect the substantial rights of the parties.

(b) Any conflict in these Rules shall not cause Suitor any disability or disadvantage, while a conflict in the Rules for the respondents shall be construed for the respondents to meet the more stringent burden.

(c) The Suitor shall suffer no disability or disadvantage for non-compliance or acknowledgment with a requirement of form.

## 38. Amendment of Rules

(a) These Rules may be amended or suspended at any time solely at the discretion of the Suitor.

(b) The respondents shall only be entitled to Notice of such Amendments, if substantive Rights shall have been affected. The respondents shall remain at all times with the obligation of establishing in the record of Suitor's one supreme Court that their substantive Rights have been affected.

16

(c) No reference to past Rules shall affect past judgments and decisions of Suitor's one supreme Court by the amendment or of the citing of these Rules. For it is sufficient that the Judgment was issued.

## 39. Calculating Damages to Suitor

Damages to Suitor shall be calculated in the following manner:

(a) Any claims by any entity, state or federal, which are reversed by Suitor's one supreme Court Judgment, shall be assessed as treble the amount of the reversed claim, against the state or federal entity. See 18 U.S.C. 1964.

(b) Simple contempt of court shall be assessed at the rate of $1,000.00 per day.

## 40. Contempt of Court

Contempt of Court shall be at the sole discretion of the Suitor and/or the Justices/Jury, for any violation of any Order or Judgment from Suitor's one supreme Court.

## 41. Response Time

(a) DEMANDS/REQUESTS - The normal response time to any demands or requests from Suitor's one supreme Court shall be thirty (30) days.

(b) ORDERS/JUDGMENTS – The normal response time to any Order or Judgment from Suitor's one supreme Court shall be ten (10) days.

## 42. Docketing Statement

The Clerk (or acting clerk) of Suitor's one supreme Court shall make and keep a Docketing Statement at all times.

*"An Individual has just what that [Constitution] gives him,--no less and no more. It may be laid down as a universal rule, admitting of no exception, that when the constitution has established a disability or immunity, a privilege or a right, these are precisely as that instrument has fixed them, and can be *neither augmented nor curtailed* by any act or law either of congress or a state legislature."
Bouvier's Law Dictionary and Concise Encyclopedia Third Volume at page 3372

*"It is a maxim consecrated in public law as well as common sense and the necessity of the Case, that a **sovereign is answerable for his acts only to his God and to his own conscience."**
Bouvier's Law Dictionary and Concise Encyclopedia Third Volume at page 3372

17

\*"The Constitution and laws made in pursuance of it,--that is, laws within their granted powers,--and all treaties, are the supreme law of the land, Article 6; and the judicial Power, Article 3, Section 1, gives to the [one] supreme Court the right of interpreting them. But this Court is but another name for the United States, and this Power necessarily results from their sovereignty; for the United States would not be truly sovereign unless their interpretation as well as the letter of the law governed. But this Power of the Court is confined to Cases brought before them, and does not embrace principles independent of these Cases. They have no Power analogous to that of the Roman praetor of declaring the meaning of the constitution by edicts. Any opinion, however strongly expressed, has no authority beyond the reasoning by which it is supported, and binds no one. But the point embraced in the Case is as much a part of the law as though embraced in the letter of the law or Constitution, and it binds public functionaries, whether of the states or United States, as well as private persons; and this of necessity, as there is no authority above a sovereign to which an appeal can be made."
Bouvier's Law Dictionary and Concise Encyclopedia Third Volume at page 3372

Effective Date: March 7, 2009

David Leslie Robinson, Article III Judge of my one supreme Court

18

seal of Our one supreme court original jurisdiction united States of America, dejure
Douglas the county Kansas land

Suitor one supreme Court
Supreme Article III judicial Power
of the United States

David Leslie Robinson
Individual; Suitor

Case # OSC 2009-100

v.

UNITED STATES OF AMERICA

Removed and Appealed from the UNITED
STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF MISSOURI WESTERN DIVISION
Case# 07-00390-01/05-CR-W-SOW

## JUDGMENT AND RECOGNIZANCE WITH MANDATE

Suitor being first placed under oath in our presence, as the trier of the facts and as recognitors of the matter attest that David Leslie Robinson pledged his first and foremost allegiance to his God, the almighty Creator; he is found to be merely in the world as one of the people of the Preamble United States, a private individual endowed by his creator with certain unalienable rights, among them Life, Liberty and the pursuit of happiness; brought to the judicial Powers of the United States, without Prejudice, a "Notice of Appeal" of a bogus "Charge in a Criminal Case" done without delegated Authority and legislatively created.

Article III of the 1787 Constitution of the United Sates for the United States of America, with it's Preamble, minus it's Amendments, provides and fixes Suitor with [t]his one supreme Court and Prescribes the in law authority of this case of admiralty or maritime jurisdiction arising under the Constitution, laws and treaties of the United states with appellate jurisdiction along with original Jurisdiction to affect ambassadors, public ministers, consuls and where State shall be a party in all Cases.

The Court having Article III judicial jurisdiction of the matter and the Parties, both as to law and fact,

saving-to suitor all other remedies, by the appeal and removal of stated criminal action from the Court at Law for THE UNITED STATES DISTISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION, the acknowledgement by the Parties of service of process by certified mail return receipt, the record of this private Case created between the parties of the STATE'S failure to provide Suitor and the record of this Court with any direct constitutionally and/or willful specially delegated authority to state any superior claim against David Leslie Robinson of any kind whatsoever, notice to principal is notice to agent and notice to agent is notice to principal.

The court, fixed, by the Constitution of the United States and it's Preamble for the United States of America, minus it's Amendments, exclusive to the people having the supreme judicial Power of the United States finds, declares, adjudges and orders, in favor of David Leslie Robinson individually and against the UNITED STATES OF AMERICA individually and/or jointly, because, the Suitor in the direct exercise of his private Republican Form of Government, which shall not be abridged, the decision embraced in this Case is as much a part of the law or Constitution as if this decision was written in the law or Constitution of the United States.

This undisputed decision, is based upon the government of the United States is a government of direct constitutionality and/or specially delegated powers and all acts done by it's agents, officers and employees, beyond such delegated authority is in excess of power and void ab initio, is binding upon public functionaries, whether of the States or of the United States, as well as private persons, all central recording instruments and all national or international databases; this of necessity as there is no authority above the sovereign to which an appeal can be made and because the United States would not be truly sovereign unless the people's interpretation as well as the letter of the law governs.

David Leslie Robinson shall never suffer any disability or disadvantage for non-compliance of

acknowledgment for capitalization of his name, identity, because the all capitalized name is not a matter of fact of David Leslie Robinson, truthful given name or identity and therefore all such capitalization of David Leslie Robinson name for collateral, surety, emergency, or any other purpose or use not approved or authorized by David Leslie Robinson is void ab initio.

Due to the fact that David Leslie Robinson is not an enemy alien, does not consent to be governed beyond the specifically granted powers of the 187 Constitution of the United States, nor a person, nor a citizen, nor a member of any political, domestic, international or private society of the world and is not subject to the general policy thereof; the UNITED STATES DISTRICT COURT'S (formerly known as District Courts of the United States) order(s) and judgment(s) operating according to such general policy are inferior, not binding precedent under the Law of this Case, and do not establish justice nor insure domestic tranquility to all the people of the United States.

Accordingly, for these reasons , the Criminal Case against David Leslie Robinson in THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION, Case No. 07-00390-01/05-CR-W-SOW is dismissed with prejudice, by means that are extraordinary remedies of the reserved and resumable powers of the People of the United States.

This Judgment and Recognizance, is estoppels, to the parties and to any other person, and resjudicata as to the law and facts in this Case, and is a mandate issued forthwith, on the merits, to and leaving nothing for the courts of the United States or any person appointed under the authority of the United States to accomplish but to carry out this Judgment and Recognizance into complete execution, to all governments, agencies, departments, officers, agents and employees of the United States, any governmental or non-governmental organization recognized by the United States.

David Leslie Robinson individually attests to the Record, and testimony taken and reviewed by the trier of the facts (empanelled jury) is and was true and correct and hereto affix my individual signature and right hand thumb print confirming this Judgment Recognizance with Mandate being adjudicated by the trier of fact and Recognizers of the matter as a final Judgment.

Attest: _David Leslie Robinson_

David Leslie Robinson

Right Hand Thumb

Date: _August 18, 2009_

I/we the undersigned selected jury member(s), being first under Oath and duly qualified by the Court for the term of this Case: attest that David Leslie Robinson individually signed and dated this document in our presence and affix our signatures in agreement and confirming the Facts and Truth of this matter being adjudicated as true correct and certain by this Judgment and Recognizance with Mandate on the date and as acknowledged herein and confirmed hereby.

Douglas the county

seal of Our one supreme
court original jurisdiction
united States of America,
dejure

Kansas the land

# Suitor's one Supreme Court

In RE: David L. Robinson

Case No. 2009-101

Inferior Case No. 07-00390-01-CR-W-SOW

## Appointment of the Clerk

Suitor, David L. Robinson, hereby appoints _Thomprapha Artwichai_ as Clerk of the one supreme Court.

Date: _August 18, 2009_

Suitor, David L. Robinson

# Suitor's one supreme Court

In RE: David L. Robinson

## Case No. OSC 2009-107

## Inferior Case No. 07-00390-01-CR-W-SOW

## Writ of Habeas Corpus

Suitor, David L. Robinson, presented testimony as to certain facts surrounding his conduct as stated in and Indictment as being lawful and correct and the jury of this one supreme Court finds that suitor, David L. Robinson, did not violate or commit crimes mala in se in any of the actions described herein and testified to.

The jury so finds the above.

The clerk hereby attests to the signing by the jury of this Writ of Habeas Corpus.

Dated: August 18, 2009

**Acting Clerk of the Court**

Suitor's one supreme Court

Supreme Article III judicial power of the United States

David Leslie Robinson
c/o 1901 E 950 Road
Lawrence, Kansas 66049

Case No. OSC-2009-10D

## APPOINTMENTS OF JUSTICE(S) OF (T)HIS COURT

David Leslie Robinson, Suitor, hereby appoints the following natural private
individual(s) who is/are not a United States citizen pursuant to the 14th
Amendment to the Constitution of the United States for the United States of
America, with it's Preamble, minus it's Amendments, to be Justice of (t)his Court
for this case.

15 Loretta Stutzman            28 Kenny L. Miller
16 Robert D. Stutzman         29. Lauren J. Miller
17 Lavern ~Borntrager         30. Phyllis M. Koett
18 Marvin Hochstetler         31.
19 Ruby Borntrager
20 Johnny Borntrager
21. John-R-Eicher
22. Clara-A- Eicher
23 Tim Eicher
24 Joshua J.C. Eicher
25 Lewis Hochstetler
26 Rodger Cockrum
27 Isaac F. Stotzfus

David –Leslie: Robinson, Suitor

Suitor's one supreme Court

Supreme Article III Judicial power of the United States

David Leslie Robinson
c/o 1901 E 950 Road
Lawrence, Kansas 66049

Case No. OSC-2009-10**D**

## <u>APPOINTMENTS OF JUSTICE(S) OF (T)HIS COURT</u>

David Leslie Robinson, Suitor, hereby appoints the following natural private individual(s) who is/are not a United States citizen pursuant to the 14th Amendment to the Constitution of the United States for the United States of America, with it's Preamble, minus it's Amendments, to be Justice of (t)his Court for this case.

1 —
2 —
3 Gary Miller
4 Karen Gingerich
5 Robert Curtis
6 Linda Curtis
7. Michael Wasmer
8. Terry Blaine, Freye
9. Craig Miller
10 Clovis J. Martin
11 Glen A. Lehman
12 LaVerne J. Mills
13 Edward L. Sowers
14 Claudia M. Sowers

David Leslie Robinson

David —Leslie: Robinson, Suitor

**In Re**
**David Leslie Robinson**
Aka: **DAVID L. ROBINSON**

OSCHC 2009-100

## Writ of Habeas Corpus

To: all inferior Local, State, and Federal courts, their officers and agents not vested with the supreme Article III judicial Power of the United States by Article III Section I of the 1787 Constitution of the United States.

This extraordinary Writ of Habeas Corpus is issued by David Leslie Robinson's one supreme Court vested in him by Article III, Section I, of the 1787 Constitution of the United States, which is an exclusive grant of power to the people, having the supreme judicial Power of the United States for the purpose of removing him and or any cause against him, from any inferior Court into his one supreme Court for any unlawful legal restraint of his Liberty whether past, present or future, or designated as civil or criminal.

David Leslie Robinson's one supreme Court's supreme jurisdiction over the inferior courts is prescribed in Article III Section II Clause II of the 1787 Constitution of the United States and is in part as follows: "In all cases effecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a Party...," David Leslie Robinson's one supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, (in Article III Section II Clause I) David Leslie Robinson's one supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall

1.

make. Rule 81(a) (2) F.R.C.P. in respect to this Writ and 28 USC 2072 (b), regulates that all Laws in conflict with such Rule shall have no further force or effect. Article I, section IX, clause II, 1787 Constitution of the United States.

The jury finds that <u>David Leslie Robinson</u> is one of the People of the Preamble United States, a living soul created by nature, a private individual, a freeholder within the geographical boundaries of a State, a neutral for all purposes of war. We further find <u>David Leslie Robinson</u> is not an artificially created person, nor a member of any political society of the World, nor an inhabitant within any State, nor an enemy alien for purposes of war or emergency, nor subject to the jurisdiction of the United States, nor subject to the emergency public policy of the federal and state government. We also find that <u>David Leslie Robinson</u> is not <u>DAVID LESLIE ROBINSON</u> and that any act of levying War against <u>David Leslie Robinson</u>, or in adhering to the enemy, giving the enemy Aid and Comfort shall constitute Treason against <u>David Leslie Robinson</u> as one of the People of the United States. This Court advises all of whom it may concern to take notice that the 48 Stat. page 1 amended section 5(b) of the 1917 Trading with the Enemy Act includes "all persons within the United States or any place subject to the jurisdiction thereof."

Crimes mala prohibita which embrace only things prohibited by Statute as infringing on others' civil rights are not applicable against <u>David Leslie Robinson</u>. He is subject only to Crimes mala in se which embrace acts immoral or wrong in themselves, such as, for example: burglary, larceny, arson, rape, murder, and breach of peace.

This Writ of Habeas Corpus is issued in compliance with Law and agreeable to the usages and principles of Law by the People's one supreme

Court, made in Pursuance of 1787 Constitution of the United States as an additional part of the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Section II.

_David Leslie Robinson_      _August 18, 2009_
David Leslie Robinson          Date



_____
Right Thumb or Toe Print

I/we the undersigned selected jury member(s), being first under Oath and duly qualified by the court for the term of this Case; attest that <u>David Leslie Robinson</u> signed, dated and fixed his right thumb/toe print to this document in our presence and we affix our signatures upon this document in agreement and confirming the facts and truth of this matter being adjudicated as true, correct and certain by this Writ of Habeas Corpus on the date and as acknowledged herein and confirmed hereby.

Jury signatures:

1. _[signature]_      2. _[signature]_
3. _[signature]_      4. _[signature]_
5. _[signature]_      6. _[signature]_

I hereto affix my hand to this Writ of Habeas Corpus on this _18_ day of _August_ 2009.

_[signature]_
Acting Clerk

_[signature: David Leslie Robinson]_

seal of Our one supreme court original jurisdiction united States of America, dejure

Douglas the county · Kansas the land

3